# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MONA SWAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00165 |
| ) | Judge Trauger |
| B&R SALVAGE OF TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 11, 2018, the magistrate judge issued a Report and Recommendation (DE #31), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice pursuant to Rules 16(f)(1) and 41(b) of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ENTER this 9th day of February 2018.

_____
ALETA A. TRAUGER
U.S. District Judge